IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10370
Summary Calendar
_____


In The Matter Of: ROY LATIMER
        Debtor,

--------------------------

BEVERLY LATIMER,


                                        Appellant,

ROY LATIMER,


                                        Appellant,

versus

MELLON MORTGAGE COMPANY,


                                        Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-193-A
- - - - - - - - - -

June 18, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

The motion to proceed in forma pauperis on appeal filed by

Roy and Beverly Latimer is DENIED.  The appeal is frivolous and

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

it is DISMISSED.  See 5th Cir. R. 42.2.  See also Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).  We caution the Latimers that any additional frivolous appeals filed by them or on their behalf will invite the imposition of sanctions.  The Latimers are further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

IFP DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.